UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC.,
                      Plaintiff,

-v-

HAROLD A. RICHARDSON, et al.,
                      Defendants.

19-CV-10477 (JPO)

DEFAULT JUDGMENT

J. PAUL OETKEN, District Judge:

    This action was commenced on November 12, 2019.  (*See* Dkt. No. 1.)  Defendant MD Café Lounge Corp. was served on December 6, 2019, and proof of service was filed on January 13, 2020.  (Dkt. No. 9.)  Defendant Harold A. Richardson was served on January 15, 2020, and proof of service was filed on February 4, 2020.  (Dkt. No. 10.)  As Defendants neither filed an appearance nor answered the complaint in a timely manner, it is hereby

    ORDERED, ADJUDGED AND DECREED:  That the Plaintiff shall have judgment against Defendants in the liquidated amount of $16,800, plus costs and disbursements in the amount of $1,223, amounting in all to $18,023.

    SO ORDERED.

Dated: December 9, 2020
       New York, New York

                                                       J. PAUL OETKEN
                                          United States District Judge